September 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

UNION PACIFIC RAILROAD COMPANY, Appellant

NO. 14-13-01141-CV                    V.

CHARLES SEBER AND BARBARA SEBER, Appellees

_____

This cause, an appeal from the judgment in favor of Appellees, Charles Seber and Barbara Seber, signed September 25, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.